IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL No. 4:13-cr-244 |
| | § | |
| BRIGGETTE ELLIS | § | |

**UNOPPOSED AMENDED MOTION FOR WITHDRAWAL OF COUNSEL**

COMES NOW the Movant herein, Maria Tu, Court Appointed Counsel for Defendant Briggette Ellis ("Ellis"), brings this Unopposed Amended Motion for Withdrawal of Counsel. In support thereof, shows the Court as following:

1. Ms. Ellis has retained counsel to represent her in alleging ineffective assistance counsel;

2. At the time of Ms. Ellis's Motion, Counsel is still the attorney of record because no substitution of counsel or termination of counsel's services were filed with the Court;

3. At this point, there is a conflict of interest for undersigned counsel to remain on the case as attorney of record.

4. Movant request the Court to allow her to withdraw as counsel in order to prevent further development of conflicts of personalities and disagreements between Movant and Ms. Ellis.

WHEREFORE, PREMISES CONSIDERED, Movant prays that the Court grants her Motion and orders the discharge of Movant as attorney for Defendant, Briggette Ellis.

Respectfully submitted,

/s/ Maria Tu
_____
Maria Tu
Texas Bar No. 24044844
2800 West Parker Road, Suite 110
Plano, TX  75075

          (972) 964-8366  
          (972) 964-4811 Fax  
          Attorney for Briggette Ellis

## CERTIFICATE OF CONFERENCE

On May 18, 2015, I contacted with Assistant United States Attorney Bradley Visosky regarding this Motion. Mr. Visosky is UNOPPOSED to this Motion.

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2015, that a copy of the foregoing motion was served on counsel for the United States of America in accordance with the Federal Rules of Criminal Procedure, using the electronic case filing system of the Court.

Bradley Visosky  
Assistant United States Attorney  
101 East Park Blvd., Suite 500  
Plano, TX  75074  
Tel: (972)509-1201  
Fax: (972)509-1209

          /S/Maria Tu  
          _____  
          Maria Tu